PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWASTIKA CHAND, ET AL.,<br><br>              Plaintiffs,<br><br>        v.<br><br>USCIS, ET AL.,<br><br>              Defendants. | CASE NO. 2:24-CV-01778-KJM-AC<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns Plaintiffs' form I-485 – application for adjustment of status and form I-130 – petition for alien relative, which Plaintiffs filed with U.S. Citizenship and Immigration Services ("USCIS") in June 2022. USCIS intends to schedule Plaintiffs' interviews shortly. The parties anticipate that USCIS will be able to complete the adjudication soon thereafter, which is expected to render this lawsuit moot.

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is November 4, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  August 22, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney


/s/ CHIEN-YU MICHAEL WANG
CHIEN-YU MICHAEL WANG
Counsel for Plaintiffs

ORDER

Good cause appearing, it is so ordered.

DATED:  September 4, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2